AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| BROOKS AUTOMATION US, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 3:25-cv-00532-ART-CSD |
| PLANAR MOTOR, INC., | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Planar Motor, Inc.
250-6651 Fraserwood Place
Richmond, BC V6W 1J3
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew D. Francis
Arthur A. Zorio
Brownstein Hyatt Farber Schreck, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: September 30, 2025

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PLANAR MOTOR, INC
was received by me on *(date)* 9-30-2025 .

☒ I personally served the summons on the individual at *(place)* SANDER KEIL
LASVEGAS CONV. CNT BOOTH 5027058 on *(date)* 9-30-2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-30-2025

_____
Server's signature

POSTY E GRAZL
Printed name and title

1325 AIRMOTIVE WY ST 207 RSV NV 89502
Server's address

Additional information regarding attempted service, etc: