MATTHEW D. FRANCIS
Nevada Bar No. 6978
ARTHUR A. ZORIO
Nevada Bar No. 6547
Brownstein Hyatt Farber Schreck, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mfrancis@bhfs.com
       azorio@bhfs.com

LARISSA BIFANO (admitted *pro hac vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
Email: larissa.bifano@us.dlapiper.com

CLAYTON THOMPSON (admitted *pro hac vice*)
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309-3449
Telephone: (404) 736-7800
Facsimile: (404) 682-7800
Email: clayton.thompson@us.dlapiper.com

*Attorneys for Plaintiff Brooks Automation US, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKS AUTOMATION US, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PLANAR MOTOR, INC., a Canadian corporation,<br><br>Defendant. | Case 3:25-cv-00532-ART-CSD<br>ORDER GRANTING<br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

WHEREAS, Plaintiff Brooks Automation US, LLC filed its Complaint on September 30, 2025. (ECF No. 1).

WHEREAS, the parties filed their Stipulation and Proposed Order Extending Deadline for

36605729.1

1  Defendant to Respond to Complaint on October 20, 2025. (ECF No. 12).

2  WHEREAS, the Court granted the parties' stipulation on October 21, 2025, extending the

3  deadline for Defendant to respond to the Complaint to December 8, 2025. (ECF No. 14).

4  WHEREAS, on December 8, 2025 Defendant Planar Motor, Inc. filed a Motion to Dismiss

5  Under Fed. R. Civ. P. 12(b) for Lack of Personal Jurisdiction and for Failure to State a Claim (ECF

6  No. 20), a Motion to Stay Discovery Pending Resolution of its Motion to Dismiss for Lack of

7  Personal Jurisdiction and for Failure to State a Claim Upon Which Relief Can be Granted (ECF

8  No. 21), and a Motion for Leave to File Under Seal Planar's Certificate of Interested Parties. (ECF

9  No. 22).

10  WHEREAS, Plaintiff's responses to said motions are due December 22, 2025.

11  WHEREAS, the parties have agreed and stipulated to a twenty-one (21) day extension for

12  Plaintiff to respond to Defendant Planar Motor, Inc.'s Motion to Dismiss Under Fed. R. Civ. P.

13  12(b) for Lack of Personal Jurisdiction and for Failure to State a Claim (ECF No. 20), Planar Motor,

14  Inc's Motion to Stay Discovery Pending Resolution of its Motion to Dismiss for Lack of Personal

15  Jurisdiction and for Failure to State a Claim Upon Which Relief Can be Granted (ECF No. 21), and

16  Planar Motor, Inc.'s Motion for Leave to File Under Seal Planar's Certificate of Interested Parties

17  (ECF No. 22) through and including January 12, 2026.

18  WHEREAS, pursuant to FRCP 6(b)(1)(A) and LR IA 6-1(a), Plaintiff's counsel represents

19  that it needs additional time to respond to the numerous issues and arguments presented in the three

20  (3) separate motions identified above which are currently due December 22, 2025.

21  WHEREAS, the parties have agreed and stipulated, subject to confirmation by the Court, to

22  hold the FRCP 26(f) scheduling conference on January 26, 2026. The parties represent, pursuant

23  to FRCP 6(b)(1)(A) and LR IA 6-1(a), that this extension is in the interest of judicial economy and

24  fairness as it will ensure the parties do not engage in unnecessary work in developing and proposing

25  a discovery schedule.

26  WHEREAS, this Stipulation is filed in good faith and not for the purpose of delay. This is

27  the first request.

28

- 2 -

36605729.1

1  IT IS HEREBY STIPULATED BETWEEN THE PARTIES, through their attorneys of
2  record that the deadline for Plaintiff to respond to Defendant Planar Motor, Inc.'s Motion to
3  Dismiss Under Fed. R. Civ. P. 12(b) for Lack of Personal Jurisdiction and for Failure to State a
4  Claim (ECF No. 20); Planar Motor, Inc's Motion to Stay Discovery Pending Resolution of its
5  Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim Upon Which
6  Relief Can be Granted (ECF No. 21); and Planar Motor, Inc.'s Motion for Leave to File Under Seal
7  Planar's Certificate of Interested Parties (ECF No. 22) be extended twenty-one (21) days to January
8  12, 2026.
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

- 3 -

36605729.1

IT IS HEREBY FURTHER STIPULATED BETWEEN THE PARTIES, through their attorneys of record that the deadline for the parties to hold the FRCP Rule 26(f) scheduling conference is January 26, 2026.

Dated: December 15, 2025.

By: */s/ Matthew D. Francis*
Matthew D. Francis (SBN 6978)
Arthur A. Zorio (SBN 6547)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
(775) 324-4100
mfrancis@bhfs.com
azorio@bhfs.com

Larissa Bifano
(Admitted *pro hac vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
larissa.bifano@us.dlapiper.com

Clayton Thompson
(Admitted *pro hac vice*)
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309-3449
(404) 736-7800
clayton.thompson@us.dlapiper.com

Dated: December 15, 2025.

By: */s/ J. Steven Baughman*
Adam Hosmer-Henner (SBN 12779)
Thaddeus Houston (SBN 17215)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
thouston@mcdonaldcarano.com

Nicholas Groombridge
(Admitted *pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
(332) 269-0031
nick.groombridge@groombridgewu.com

J. Steven Baughman
(Admitted *pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
801 17th Street, NW, Suite 1050
Washington, DC 20006
(202) 505-5832
steve.baughman@groombridgewu.com

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 15, 2025

- 4 -

36605729.1