Adam Hosmer-Henner (NSBN 12779)
Thaddeus Houston (NSBN 17215)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
thouston@mcdonaldcarano.com

Nicholas Groombridge (*pro hac vice*)
Joshua Reich (*pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
Telephone: (332) 269-0031
nick.groombridge@groombridgewu.com
joshua.reich@groombridgewu.com

J. Steven Baughman (*pro hac vice*)
Chris Keller (*pro hac vice*
Alyssa Ertel (*pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
801 17th Street, NW, Suite 1050
Washington, DC 20006
Telephone: (202) 505-5832
steve.baughman@groombridgewu.com
chris.keller@groombridgewu.com
alyssa.ertel@groombridgewu.com

Han Xu (*pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
2F Marunouchi Nijubashi Bldg,
3-2-2 Marunouchi
Chiyoda-ku, Tokyo, Japan 100-0005
han.xu@groombridgewu.com

*Attorneys for Defendant Planar Motor, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKS AUTOMATION US, LLC, a limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>PLANAR MOTOR, INC., a Canadian corporation,<br><br>                    Defendant. | Case No.: 3:25-cv-00532-ART-CSD<br><br>ORDER GRANTING<br>**REQUEST FOR REMOTE APPEARANCE** |

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

**REQUEST FOR REMOTE APPEARANCE**

Defendant Planar Motor, Inc., by and through its undersigned counsel of record, J. Steven Baughman of Groombridge, Wu, Baughman & Stone LLP, hereby requests that he be granted leave to appear and participate remotely at the Motion Hearing (*see* ECF No. 41) on Planar's Motion to Stay Discovery and related briefing (*e.g.*, ECF Nos. 20, 21), currently set for February 10, 2026, at 10:00 a.m., telephonically or via Zoom or other videoconference service.[1]  Plaintiff has indicated that it does not oppose the relief sought in this Request.

In support thereof, Defendant states that it is a small Canadian corporation and is represented in this dispute by lead counsel based in Washington, DC who was engaged following initial communications from Plaintiff, months before suit was brought in Nevada.  Defendant seeks the Court's permission to conserve its resources by participating remotely in this hearing (addressing a requested stay of further activity before the Court based on, *inter alia*, a challenge to personal jurisdiction in Nevada), rather than bearing the costs associated with transporting its arguing counsel to Nevada.  Defendant further notes that Mr. Baughman has a pre-existing personal commitment requiring him to be on the east coast on February 11, 2026.

Accordingly, Defendant respectfully requests leave for Mr. Baughman to appear and participate remotely.

DATED:  January 30, 2026.     **McDONALD CARANO LLP**

By: */s/Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Thaddeus Houston (NSBN 17215)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
ahosmerhenner@mcdonaldcarano.com
thouston@mcdonaldcarano.com

By: */s/ J. Steven Baughman*
J. Steven Baughman (*pro hac vice*)
Chris Keller (*pro hac vice*)
Alyssa Ertel (*pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP

---

[1] Moreover, the Court's Courtroom Administrator stated in a January 20, 2026 email inquiring about finding a time for the hearing, "[i]f you are out of the area, you may file a motion/stipulation to appear by video after this hearing is scheduled."  This motion reflects Defendant's compliance with that direction.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1

801 17th Street, NW, Suite 1050
Washington, DC 20006
steve.baughman@groombridgewu.com
chris.keller@groombridgewu.com
alyssa.ertel@groombridgewu.com

Nicholas Groombridge (*pro hac vice*)
Joshua Reich (*pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
nick.groombridge@groombridgewu.com
joshua.reich@groombridgewu.com

Han Xu (*pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
2F Marunouchi Nijubashi Bldg,
3-2-2 Marunouchi
Chiyoda-ku, Tokyo, Japan 100-0005
han.xu@groombridgewu.com

*Attorneys for Defendant Planar Motor, Inc.*

IT IS SO ORDERED.

DATED:  January 30, 2026.

_____
Craig S. Denney
U.S. Magistrate Judge

McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020