# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKS AUTOMATION US, LLC, a limited liability company, | CASE NO.:  3:25-cv-00532-ART-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| | **STIPULATION TO STAY CASE** |
| PLANAR MOTOR, INC., a Canadian corporation, | **(FIRST REQUEST)** |
| Defendant. | |

-1-

51210749.1

Plaintiff Brooks Automation US, LLC and Defendant Planar Motor, Inc. (collectively, "the Parties"), by and through their undersigned counsel, hereby provide notice to this Court that the Parties have reached a settlement in principle based on a written term sheet.  The Parties request that the Court stay all proceedings for 60 days from today's date so the parties may prepare and finalize the settlement agreement and file dismissal documents with the Court.  No later than the end of this 60-day period, June 15, 2026, the parties will file a Rule 41 dismissal or a status report in the event a settlement agreement is not finalized.

This Stipulation is made for good cause and not for the purpose of delay.

**IT IS SO STIPULATED**:

This 15th day of April, 2026

__/s/ *Matthew D. Francis*_____
Matthew D. Francis (SBN 6978)
ARTHUR A. ZORIO (SBN 6547)
Brownstein Hyatt Farber
 Schreck, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: (775) 324-4100
Email: mfrancis@bhfs.com
            azorio@bhfs.com

LARISSA BIFANO
(admitted *pro hac vice)*
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Email: larissa.bifano@us.dlapiper.com

CLAYTON THOMPSON
(admitted *pro hac vice*)
DLA PIPER LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, GA 30309-3449
Telephone: (404) 736-7800
Email: clayton.thompson@us.dlapiper.com

__/s/ *Adam Hosmer-Henner*_____
ADAM HOSMER-HENNER (SBN 12779)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Email: ahosmerhenner@mcdonaldcarano.com

NICHOLAS GROOMBRIDGE
(admitted *pro hac vice*)
JOSHUA REICH
(admitted *pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN &
STONE LLP
565 Fifth Avenue, Suite 2900
New York, NY 10017
Telephone: (332) 269-0031
nick.groombridge@groombridgewu.com
joshua.reich@groombridgewu.com

J. STEVEN BAUGHMAN
(admitted *pro hac vice*)
CHRIS KELLER
(admitted *pro hac vice*)
ALYSSA ERTEL
(admitted *pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN &
STONE LLP
801 17th Street, NW, Suite 1050
Washington, DC 20006
Telephone: (202) 505-5832

- 2 -

51210749.1

CATHERINE HUANG
(admitted *pro hac vice*)
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Telephone: (619) 699-2744
Email: catherine.huang@us.dlapiper.com

JON Y. IKEGAMI
(admitted *pro hac vice*)
DLA PIPER LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304-1123
Telephone: (650) 833-2169
Email: jon.ikegami@us.dlapiper.com

MATTHEW N. GANAS
(admitted *pro hac vice*)
DLA PIPER LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, TX 75201-4629
Telephone: (214) 743-4549
Facsimile: (972) 813-6249
Email: matt.ganas@us.dlapiper.com

*Attorneys for Plaintiff*
*BROOKS AUTOMATION US, LLC*

steve.baughman@groombridgewu.com
chris.keller@groombridgewu.com
alyssa.ertel@groombridgewu.com

HAN XU
(admitted *pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN &
STONE LLP
2F Marunouchi Nijubashi Bldg,
3-2-2 Marunouchi
Chiyoda-ku, Tokyo, Japan 100-0005
han.xu@groombridgewu.com

*Attorneys for Defendant*
PLANAR MOTOR, INC.

**IT IS SO ORDERED**.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 17, 2026

51210749.1