

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKS AUTOMATION US, LLC, a limited liability company, | CASE NO.:  3:25-cv-00532-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION FOR DISMISSAL** |
| PLANAR MOTOR, INC., a Canadian corporation, | |
| Defendant. | |

-1-

51497101.1

Plaintiff Brooks Automation US, LLC, and Defendant Planar Motor, Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR 7-1, and LR IA 6-2, hereby stipulate to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**:

This 29th day of May, 2026

/s/ *Matthew D. Francis*
Matthew D. Francis (SBN 6978)
ARTHUR A. ZORIO (SBN 6547)
Brownstein Hyatt Farber
 Schreck, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: (775) 324-4100
Email: mfrancis@bhfs.com
        azorio@bhfs.com

LARISSA BIFANO
(admitted *pro hac vice)*
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Email: larissa.bifano@us.dlapiper.com

*Attorneys for Plaintiff*
*BROOKS AUTOMATION US, LLC*

/s/ *Adam Hosmer-Henner*
ADAM HOSMER-HENNER (SBN 12779)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Email: ahosmerhenner@mcdonaldcarano.com

J. STEVEN BAUGHMAN
(admitted *pro hac vice*)
GROOMBRIDGE, WU, BAUGHMAN &
STONE LLP
801 17th Street, NW, Suite 1050
Washington, DC 20006
Telephone: (202) 505-5832
steve.baughman@groombridgewu.com

*Attorneys for Defendant*
PLANAR MOTOR, INC.

**IT IS SO ORDERED**:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: June 3, 2026

- 2 -

51497101.1